# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>     Plaintiff,  )<br>   )<br>v.  )<br>   )<br>CHRISTOPHER LEONTE BILLS,  )<br>   )<br>     Defendant.  )  | Case No. 1:18-CR-10006-STA |

## ORDER CONTINUING REPORT DATE/SCHEDULING CONFERENCE
## AND EXCLUDING TIME AND NOTICE OF RESETTING

The Report Date/Scheduling Conference in this matter is currently set for June 26, 2018 before Chief Judge S. Thomas Anderson. The Report Date/Scheduling Conference in the above styled matter is hereby reset to Monday, **July 2, 2018, at 9:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

The period from June 26, 2018 through July 2, 2018 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing additional time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

Enter this the 25th day of June, 2018.

s/ S. Thomas Anderson
Chief United States District Judge